1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT BOYD,<br><br>            Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>            Defendants, | Case No. C06-5077RBL<br><br>ORDER DISMISSING<br>THE COMPLAINT<br>WITHOUT PREJUDICE |

     This Civil Rights corpus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Plaintiff filed this action under 42 U.S.C. § 1983. When the court reviewed the complaint prior to service the court noted several defects. The court entered an order to amend and in response plaintiff asks to dismiss the action. (Dkt. # 7).

     Pursuant to Fed. R. Civ. P. 41(a) a plaintiff may voluntarily dismiss his case when no answer or motion for summary judgment has been filed by an adverse party. Rule 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer

     This complaint has not been served and plaintiff may dismiss the action.

ORDER
Page - 1

1  The Clerk is directed to send a copy of this Order to petitioner and to **DISMISS** this action
2  **WITHOUT PREJUDICE.**
3  DATED this 24th day of May, 2006.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

Recommended for entry this
23rd day of May, 2006.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2