UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT BOYD,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>        Defendants, | Case No.  C06-5077RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND DIRECTING THE CLERK TO ACCEPT NO FURTHER PLEADINGS UNDER THIS CAUSE NUMBER |

    This Civil Rights corpus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Plaintiff filed this action under 42 U.S.C. § 1983.  When the court reviewed the complaint prior to service, the court noted several defects.  The court entered an order to amend and in response plaintiff asked to dismiss the action.  (Dkt. # 7).  The action was dismissed on May 24, 2006, pursuant to Fed. R. Civ. P. 41(a) (Dkt. # 9).

    Nearly one year later, on May 15, 2007, plaintiff has filed a motion for appointment of counsel

ORDER
Page - 1

1  (Dkt. # 10). This action has been dismissed without prejudice and the time for filing any appeal from that
2  dismissal has past. If plaintiff wishes to proceed he must file a new cause of action.
3      The Clerk is directed to send a copy of this Order to plaintiff and to accept no further filings under
4  this cause number.

6      DATED this 22 day of May 2007.

8                                                       */S/ J. Kelley Arnold*
                                                      J. Kelley Arnold
9                                                       United States Magistrate Judge

ORDER
Page - 2